**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PATRICK CHAMBERLAIN,

   Plaintiff,         Case No. 10-10676

                 Hon. Marianne O. Battani

v.

                 Magistrate Judge Virginia M. Morgan

JERRY NIELSEN, et al.,

   Defendants.

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

  Plaintiff, Patrick Chamberlain, filed a complaint alleging that while he was a pretrial detainee at the Midland County Jail, various County employees violated his constitutional rights. The Court subsequently referred this matter to Magistrate Judge Virginia M. Morgan for all pretrial proceedings pursuant to 28 U.S.C. § 636(b).

  On June 16, 2010, the Magistrate Judge recommended that the Court dismiss Plaintiff's remaining medical care claims because he failed to identify the John Doe defendants within the time specified by the Court's order. See Doc. No. 6. The Magistrate Judge informed the parties that objections to the R&R must be filed within fourteen days of service and that a party's failure to file objections would waive any further right of appeal. See R&R at 3-4; 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(2).

  Because no objection has been filed in this case, the parties waived their right to review and appeal. Accordingly, the Court **ADOPTS** the Report and Recommendation, and **DISMISSES** Plaintiff's Complaint in its entirety.

**IT IS SO ORDERED.**

                                                s/Marianne O. Battani
                                                MARIANNE O. BATTANI
                                                UNITED STATES DISTRICT JUDGE

DATED: July 22, 2010

**CERTIFICATE OF SERVICE**

    Copies of this Order were served upon Plaintiff and counsel of record on this date by ordinary mail and electronic filing.

                                                  s/Bernadette M. Thebolt
                                                Case Manager